UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MARCELO RUBIO,<br>    Plaintiff,<br><br>vs.<br><br>MT. MANSFIELD COMPANY, INC.<br>d/b/a THE STOWE MOUNTAIN<br>RESORT,<br>    Defendant. | DOCKET NO. 1:05CV44 |

## ORDER

Based on the stipulation of the parties, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE UNDER F.R.C.P. 41.**

Dated this 26TH day of January, 2006.

*/s/ J. Garvan Murtha*
Presiding Judge